# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CEDRIC MCCLINTON                                                                PLAINTIFF

V.                              3:11CV00052 DPM/JTR

POINSETT COUNTY JAIL; and
LARRY MILLS, Sheriff of Poinsett County                                      DEFENDANTS

## ORDER

On April 11, 2011, mail sent to Plaintiff was returned to the Court as undeliverable because he has been released from the Poinsett County Detention Center. *See* docket entry #5. In light of his recent release, it is unclear whether Plaintiff remains interested in pursuing this action and, if so, whether he is still entitled to proceed *in forma pauperis.*[1]

IT IS THEREFORE ORDERED THAT:

1.  The Clerk of the Court is directed to send Plaintiff a (freeworld) Amended Application to Proceed *In Forma Pauperis.*

2.  Plaintiff shall file, **within thirty days of the entry of this Order**: (a) a Statement indicating whether he wishes to continue with this lawsuit; and (b) an Amended Application to Proceed *In Forma Pauperis.*

3.  Plaintiff is reminded that the failure to timely and properly comply with this Order will result in this case being dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2).

---

[1] The Court's records demonstrate that Plaintiff currently owes all of the $350 filing fee.

Dated this 14th day of April, 2011.

                                                  */s/ J. Thomas Ray*
                                                  UNITED STATES MAGISTRATE JUDGE