IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CEDRIC McCLINTON                                                              PLAINTIFF

v.                        Case No. 3:11-cv-52-DPM

POINSETT COUNTY JAIL
and LARRY MILLS                                                              DEFENDANTS

## JUDGMENT

McClinton's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

_____
D.P. Marshall Jr.
United States District Judge

22 June 2011